UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

      - against -

ZHU FENG, et al.,

                     Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

<u>ORDER</u>

Docket No. <u>20-MJ-1025 (PK)</u>

         Upon the application of SETH D. DuCHARME, Acting United States Attorney for the Eastern District of New York, by Assistant United States Attorney Craig R. Heeren, for an order clarifying and correcting the names of the defendants,

         WHEREFORE, it is ordered that the Clerk of the Court is directed to correct or confirm that the last names (<u>i.e.</u> "surnames"), first names (<u>i.e.</u> "given names") and aliases of the defendants are entered on the docket according to the following table:

| Last Name / Surname | First Name / Given Name | Alias |
|---|---|---|
| Zhu | Feng | "Johnny Zhu" |
| Hu | Ji | |
| Li | Minjun | |
| Jin | Hongru | |
| Zhu | Yong | "Jason Zhu" |
| McMahon | Michael | |
| Rong | Jing | |
| Zheng | Congying | |

Dated:    Brooklyn, New York
          November  2 , 2020

          S/ Peggy Kuo

          _____
          HONORABLE PEGGY KUO
          UNITED STATES MAGISTRATE JUDGE
          EASTERN DISTRICT OF NEW YORK