

U.S. Department of Justice

United States Attorney
Eastern District of New York

CRH
F. #2017R00906

271 Cadman Plaza East
Brooklyn, New York 11201

March 11, 2022

By ECF

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Hu Ji, et al.
                 Criminal Docket No. 21-265 (S-1) (PKC)

Dear Judge Chen:

      The government hereby notifies the Court of its filing earlier today—via the Classified Information Security Officer—of a classified motion for a protective order pursuant to the Classified Information Procedures Act, Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material.  A copy of the motion's cover page, with markings removed, and a proposed order on the motion are enclosed.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/ Craig R. Heeren
      Craig R. Heeren
      J. Matthew Haggans
      Ellen H. Sise
      Assistant U.S. Attorneys
      (718) 254-7000

cc:    Counsel for Defendants (by ECF)
       Clerk of Court (PKC) (by ECF)