

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

EHS
F. #2017R00906

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 26, 2022

<u>By ECF</u>

The Honorable Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:     United States v. Hu Ji, et al.
            <u>Criminal Docket No. 21-265 (S-1) (PKC)</u>

Dear Judge Chen:

The government respectfully submits this letter to document that, on or about August 5, 2022, the government submitted a sealed, <u>ex parte</u> letter to the Court—via the Classified Information Security Officer—in connection with the government's pending motion for a protective order pursuant to the Classified Information Procedures Act ("CIPA"), Title 18, United States Code, Appendix III, Section 4, and Federal Rule of Criminal Procedure 16(d)(1), with related material.  <u>See also</u> ECF No. 126 (documenting the government's related CIPA filing dated March 11, 2022).

Respectfully submitted,

BREON PEACE
United States Attorney

By:     /s/
            Craig R. Heeren
            J. Matthew Haggans
            Ellen H. Sise
            Assistant U.S. Attorneys
            (718) 254-7000

cc:     Counsel for Defendants (by ECF)
         Clerk of Court (PKC) (by ECF)